# EXHIBIT 10

FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    10/21/2020

    Pursuant to a request issued by the Los Angeles Division of the Federal Bureau of Investigation (FBI) and with the approval of Assistant United States Attorney Kiran Bhat, Special Agents (SAs) William L. Donaldson and Adam Dixon executed a probable cause arrest of RICHARD AYVAZYAN, date of birth (DOB) August 20, 1978, and MARIETTA TERABELIAN, DOB April 2, 1984, at the MIAMI INTERNATIONAL AIRPORT at approximatley 3:00 a.m.

    AYVAZYAN and TERABELIAN were in possession of luggage and other personal baggage.  These items were searched and inventoried pursuant to their arrest.  A property receipt detailing the items inventoried was signed by AYVAZYAN.  A copy of the property receipt will be included in a 1A and retained in the case file.

    AYVAZYAN and TERABELIAN were subsequently transported without incident to the BROWARD COUNTY JAIL, 555 Southeast 1st Avenue, Fort Lauderdale, Florida 33301.  AYVAZYAN's and TERABELIAN's property was transported to and secured in the FBI Miami Division Field Office.  Various digital items and valuables were secured in a night safe and subsequently entered into the FBI Miami Division's Evidence Control Room.

Investigation on  10/20/2020  at  Miami, Florida, United States (In Person)

File #  29O-LA-3280255                              Date drafted  10/20/2020

by  William L. Donaldson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                           DOJ_PROD_0000021404