# EXHIBIT 4

G20 U.S. GOVERNMENT PRINTING OFFICE: 2019-409-314

FD-597 (Rev. 4-13-2015)                                                                                           Page 1 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 290-LA-3280255

On (date): 11/5/2020

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Arthur Ayvazyan and Tamara Dadyan

(Street Address) _____

(City) Encino, CA 91316

Description of Item(s):
1) Apple iPhone
2) Apple iPhone (black) no case, no screen protector
3) Documents
4) Samsung Tablet
5) Cell phone
6) Uncounted U.S. Currency
7) Planet home lending for _____ Street home in name of G_____ G_____; Recording documents for _____ St. home; Passports for Artur Ayrazyan and Tamara Dadyan.
8) Various documents in four manila folders
9) Documents from banker box
10) Documents
11) Various documents
12) 3 Apple iPhones
    2 Samsung Smart phones
    3 AT&T flip phones
    1 Verizon-Samsung flip phone, 1 Apple ipad

Received By: _____ (Signature)          Received From: _____ (Signature)

Printed Name/Title: _____              Printed Name/Title: _____

GPO U. S. GOVERNMENT PRINTING OFFICE: 2019-409-314

FD-597 (Rev. 4-13-2015)  Page 2 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 290-LA-3280255

On (date): 11/5/2020

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name): Arthur Ayvazyan and Tamara Dadyan

(Street Address): [redacted]

(City): Encino, CA 91316

Description of Item(s):
13) File folders, real estate / financial records.
14) File folders, real estate
15) File folders, financial documents
16) Financial records
17) Cards
18) Digital items - tablets & thumb drive
19) IDs
20) Misc. business records
21) Apex Bank stamp
22) Apple laptop
23) HP laptop
24) Passports
25) HP Desktop Computer
26) Flash drives (5)
27) Miscellaneous Business Records
28) Empty magazines
29) Magazine with 10 rounds
30) Magazine with 10 rounds

Received By: [signature]
Printed Name/Title: _____

Received From: _____
Printed Name/Title: _____

*U.S. GPO: 2001-476-987/45249

FD-597 (Rev 8-11-94)                                               Page 3 of 3

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 290-LA-3280255

On (date) 11/5/2020

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Arthur Ayvazyan and Tamara Dadyan

(Street Address) [redacted]

(City) Encino, CA 11316

Description of Item(s):
31) Titan handgun ED95453
32) Taurus Revolver WK40029
33) Colt handgun DMG0250
34) Taurus Revolver ZI82769
35) Smith & Wesson 357 Magnum
36) Beretta handgun M32794
37) Mossberg rifle EFK242377
38) Beretta shotgun WA031142
39) Tikka T3X L65396
40) Henry rifle 3030SG05836
41) Savage model 111 rifle K312519
42) Beretta shotgun BU40957

nothing further

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER      DOJ_PROD_0000153640