# EXHIBIT 7

29O-LA-3280255 Serial 89

-1 of 2-

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    12/15/2020

A search warrant and two arrest warrants, issued in the United States District Court for the Central District of California on November 3, 2020, signed by the Honorable Alka Sagar, United States Magistrate Judge, were executed at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Encino, CA 91316 at 0600 hours on November 5, 2020.

At approximately 0600 hours, Federal Bureau of Investigation - Los Angeles (FBI-LA)SWAT entered and cleared the target location. Pursuant to authorized arrest warrants, AYVAZYAN and DADYAN were taken into custody without incident. AYVAZYAN and DADYAN were subsequently transported by FBI and Internal Revenue Service - Criminal Investigation (IRS-CI) Agents to Adventist Health White Memorial hospital for rapid COVID testing, prior to being transported to Metropolitan Detention Center for intake and booking.

At approximately 0620 hours, the location was deemed clear by FBI-LA SWAT. Control of the location was turned over to the search team for execution of the search warrant. Prior to the search, entry photographs were taken.  Photographs were also taken of the evidence seized.  The following FBI-LA, IRS-CI, Small Business Association - Office of the Inspector General (SBA-OIG), Federal Housing Finance Agency – Office of the Inspector General (FHFA-OIG), and Los Angeles Police Department (LAPD) personnel assisted with the search:

- SA Madison MacDonald - FBI-LA
- SA Kaare Mathison – FBI-LA
- SA Monica Birnbaum – FBI-LA
- SA Robert Chowthi – FBI-LA
- SA Lusi Santisteban – FBI-LA
- ECT – Maggie Sefrakian - FBI-LA
- SA Paul Richard – FHFA-OIG
- SA James Thiede – FHFA-OIG (Photo Log)
- SA Jay Johnson – FHFA-OIG
- SA Mark Niro  – FHFA-OIG (Photographer)

Investigation on   11/05/2020   at   Los Angeles, California, United States (In Person)

File #   29O-LA-3280255                                                                       Date drafted   12/14/2020

by   MACDONALD MADISON

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                 DOJ_PROD_0000153633

FD-302a (Rev. 5-8-10)

29O-LA-3280255 Serial 89

29O-LA-3280255

Continuation of FD-302 of (U) Search Warrant , On 11/05/2020 , Page 2 of 2

- SA Herminia Neblina  – FHFA-OIG (Sketch)
- SA James Shields  – FHFA-OIG
- Jim Harbin  – FHFA-OIG
- SA Ryan Robinson – IRS-CI
- SA Steven Bellis – IRS-CI
- SA Anton Chu – IRS-CI
- SA Nolan Fuller – IRS-CI
- SA Michael Lee – IRS-CI
- SA Stephanie Posey – IRS-CI
- SSA Bryan Glover – IRS-CI
- SA Richard Nadas – IRS-CI
- SAT Simon Lai – IRS-CI
- SA Michael Ji – IRS-CI
- SA Lizandro Lopez – IRS-CI
- SA Jasmin Gonzalez – SBA-OIG
- SA Tim Massino – SBA-OIG
- Det. Lyle Baarnes - LAPD

Once the search was completed, exit photographs were taken and copies of the search warrant and FD-597 Property Receipt were left at the residence.

The collected evidence, including valuables, was transported by SA MacDonald to the appropriate FBI Los Angeles Evidence facilities.

Copies of the FD-597, Photo Log, Photographs, Property Sketch, Sign-In Log and Evidence Collected Log are all attached to this report as a 1A.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER