# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 2:20-cr-00579-SVW          Date: June 14, 2021

Present: The Honorable STEPHEN V. WILSON, ☑ District Judge / ☐ Magistrate Judge

| Paul M. Cruz | Miriam Baird | N/A | Catherine Ahn |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

**USA v. DEFENDANT(S) PRESENT**

Tamara Dadyan — ☐ Custody  ☑ Bond  ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Fred G. Minassian — ☐ Appointed  ☑ Retained

**PROCEEDINGS:** CHANGE OF PLEA

- ☑ Defendant moves to change plea to the First Superseding Indictment.
- ☑ Defendant now enters a new and different plea of Guilty to Count(s) 1, 24, and 26 of the First Superseding Indictment
- ☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
- ☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to September 27, 2021 at 11:00 a.m. for sentencing.
- ☑ The Court vacates the court and/or jury trial date.
- ☐ The pretrial conference set for _____ is off calendar as to defendant _____.
- ☐ Court orders:

☐ Other:

                                                                1 : 00
Initials of Deputy Clerk  PMC

cc:  Probation Office