UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00579-SVW-4 |
| Plaintiff, | PRELIMINARY ORDER OF |
| v. | FORFEITURE PURSUANT TO PLEA AGREEMENT AS TO 4910 TOPEKA DRIVE, TARZANA, CALIFORNIA |
| TAMARA DADYAN, | |
| Defendant. | |

Upon consideration of the application of Plaintiff, United States of America, for a preliminary order of forfeiture pursuant to the plea agreement of, and guilty plea to Counts One, Twenty-four and Twenty-six of the First Superseding Indictment entered by, defendant TAMARA DADYAN, and, good cause appearing thereon, IT IS HEREBY ORDERED:

## I. FORFEITABLE PROPERTY

For the reasons set out below, any right, title and interest of defendant Tamara Dadyan in the following described property (hereinafter, the "Forfeitable Property") is hereby

forfeited to the United States.  The Court finds that the government has established the requisite nexus between the Forfeitable Property and the offenses described in Counts One, Twenty-four and Twenty-six of the First Superseding Indictment, which charge defendant with 18 U.S.C. § 1349 (conspiracy to commit wire fraud and bank fraud), 18 U.S.C. § 1028A(a)(1) (aggravated identity theft), and 18 U.S.C. § 1956(h) (conspiracy to commit money laundering).  The Forfeitable Property is more particularly described as:

a.   The real property located at 4910 Topeka Drive, Tarzana, California, APN: 2176-029-031, more particularly described as:

DESCRIPTION: THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

THOSE PORTIONS OF LOT 71 and 72 OF TRACT 2605, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 27 PAGE 55 ET SEQ. OF MAPS, AND THAT PORTION OF PARCEL "A" OF PARCEL MAP L.A. NO. 2015 AS PER MAP FILED IN BOOK 32 PAGE 19 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE CENTERLINE OF TOPEKA DRIVE, 40 FEET WIDE, AS SHOWN ON SAID MAP, DISTANT THEREON SOUTH 15° 10' 00" WEST 178.55 FEET FROM THE NORTHEASTERLY TERMINUS OF THAT CERTAIN COURSE IN THE CENTERLINE OF TOPEKA DRIVE SHOWN

ON SAID MAP AS HAVING A BEARING OF NORTH 15° 10' 00" EAST

AND LENGTH OP 1055.19 FEET;

THENCE SOUTH 74° 50' 00" EAST 56.09 FEET TO THE BEGINNING

OF A TANGENT CURVE, CONCAVE TO THE NORTHWEST, HAVING A

RADIUS OF 129.86 FEET;

THENCE EASTERLY ALONG SAID CURVE 128.40 FEET; TO THE TRUE

POINT OF BEGINNING;

THENCE TANGENT TO SAID CURVE NORTH 48° 30' 50" EAST 147.14

FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE TO THE

SOUTHEAST, HAVING A RADIUS OF 100.05 FEET;

THENCE EASTERLY ALONG SAID CURVE, 125.14 FEET, A RADIAL

LINE TO SAID POINT BEARS NORTH 30° 10' 46" EAST;

THENCE NORTH 10° 52' 46" EAST 45.32 FEET;

THENCE SOUTH 84° 29' 18" EAST 182.82 FEET;

THENCE SOUTH 04° 13' 10" WEST 195.63 FEET TO A POINT IN A

CURVE CONCAVE WESTERLY HAVING A RADIUS OF 175.31 FEET; A

RADIAL LINE TO SAID POINT BEARS NORTH 62° 22' 50" EAST;

THENCE CONTINUING EASTERLY AND SOUTHERLY ALONG SAID CURVE

THROUGH A CENTRAL ANGLE OF 50° 06' 30" AN ARC DISTANCE OF

153.32 FEET;

THENCE TANGENT TO SAID CURVE SOUTH 22° 29' 20" WEST 63.38

FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE TO THE

NORTHWEST HAVING A RADIUS OF 375.00 FEET;

THENCE SOUTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL

ANGLE OF 13° 52' 00" 90.76 FEET TO THE BEGINNING OF A

REVERSE CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF

161.89 FEET;

THENCE SOUTHEASTERLY ALONG SAID CURVE, THROUGH A CENTRAL
ANGLE OF 17° 46' 00" 50.20 FEET TO THE BEGINNING OF A
REVERSE CURVE CONCAVE TO THE NORTHWEST HAVING A RADIUS OF
75.69 FEET;

THENCE SOUTHWESTERLY AND WESTERLY ALONG SAID CURVE, THROUGH
A CENTRAL ANGLE OF 33° 58' 30" 44.88 FEET TO A POINT OF
CUSP IN THE NORTHERLY LINE OF SAID PARCEL "A" SAID
NORTHERLY LINE BEING A CURVE CONCAVE SOUTHWESTERLY HAVING A
RADIUS OF 30.00'; A RADIAL LINE TO SAID POINT BEARS SOUTH
38° 26' 10" EAST;

THENCE EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE
116° 31' 20" AN ARC DISTANCE OF 61.01 FEET;

THENCE SOUTH 10° 54' 50" EAST 92.71 FEET;

THENCE SOUTH 80° 16' 17" WEST 20.00 FEET;

THENCE NORTH 31° 28' 33" WEST 120.33 FEET;

THENCE NORTH 22° 17' 48" WEST 20.00 FEET TO THE BEGINNING
OF A CURVE CONCAVE NORTHWESTERLY HAVING A RADIUS OF 55.69
FEET;

THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL
ANGLE OF 49° 06' 52" AN ARC DISTANCE OF 47.74 FEET TO THE
BEGINNING OF A REVERSE CURVE CONCAVE SOUTHEASTERLY HAVING A
RADIUS OF 181.89 FEET;

THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL
ANGLE OF 17° 46' 00" AN ARC DISTANCE OF 56.40 FEET TO THE
BEGINNING OF A REVERSE CURVE CONCAVE NORTHWESTERLY HAVING A
RADIUS OF 355.00 FEET;

THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL

ANGLE OF 12° 45' 16" AN ARC DISTANCE OF 79.03 FEET;

THENCE NORTH 67° 12' 02" WEST 268.30 FEET;

THENCE NORTH 15° 10' 00" EAST 43.00 FEET;

THENCE NORTH 47° 02' 30" WEST 175.00 FEET TO THE TRUE POINT

OF BEGINNING.

PARCEL 2:

THE RIGHT OF INGRESS AND EGRESS FOR SAID PROPERTY OVER A

ROADWAY EASEMENT FROM TOPEKA DRIVE OVER THAT PORTION OF LOT

71, OF TRACT NO. 2605, IN THE CITY OF LOS ANGELES, COUNTY

OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN

BOOK 27, PAGE 55, ET SEQ., OF MAPS, IN THE OFFICE OF THE

COUNTY RECORDER OF SAID COUNTY, INCLUDED WITHIN A STRIP OF

LAND 30.00 FEET IN WITH, LYING 15.00 FEET ON EACH SIDE OF

THE FOLLOWING DESCRIBED CENTER LINE:

BEGINNING AT THE SOUTHWESTERLY CORNER OF THE LAND CONVEYED

TO CIRELLA G. SMITH AND HUSBAND, BY DEED RECORDED JULY 8,

1943 AS INSTRUMENT NO. 118, IN BOOK 20132 PAGE 100,

OFFICIAL RECORDS, SAID CORNER BEING DISTANT 261.45 FEET

NORTHERLY FROM THE SOUTHWESTERLY CORNER OF LOT 71, SAID

TRACT 2605; THENCE NORMAL TO THE EASTERLY LINE OF TOPEKA

DRIVE, SOUTH 74° 50' 00" EAST 36.09 FEET TO THE BEGINNING

OF A TANGENT CURVE CONCAVE TO THE NORTHWEST HAVING A RADIUS

OF 129.86 FEET; THENCE NORTHEASTERLY ALONG SAID CURVE,

128.40 FEET; THENCE TANGENT TO SAID CURVE, NORTH 48° 30'

50" EAST 147.14 FEET TO THE BEGINNING OF A TANGENT CURVE

CONCAVE SOUTHERLY, HAVING A RADIUS OF 100.05 FEET; THENCE

EASTERLY ALONG SAID CURVE, 144.70 FEET; THENCE TANGENT TO
SAID CURVE, SOUTH 48° 37' 10" EAST, 161.06 FEET TO THE
BEGINNING OF A TANGENT CURVE CONCAVE WESTERLY, HAVING A
RADIUS OF 175.31 FEET, THENCE SOUTHERLY ALONG SAID CURVE,
217.57 FEET; THENCE TANGENT TO SAID CURVE, SOUTH 22° 29'
20" WEST 42.15 FEET TO A POINT.

## II. IMPLEMENTATION

IT IS FURTHER ORDERED as follows:

A.   Upon the entry of this Order, and pursuant to Fed. R.
Crim. P. 32.2(b)(3) and 21 U.S.C. § 853, the United States
Attorney General (or a designee) is authorized to seize the
Forfeitable Property.

B.   Upon entry of this Order, the United States is further
authorized to conduct any discovery for the purpose of
identifying, locating, or disposing of the Forfeitable Property
subject to forfeiture pursuant to this Order, 21 U.S.C. § 853(m)
and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.
"Any discovery" shall include all methods of discovery permitted
under the Federal Rules of Civil Procedure.

C.   Upon entry of this Order (and at any time in the
future after amendment of the applicable order of forfeiture in
this matter), the United States Attorney General (or a designee)
is authorized to commence any applicable proceeding to comply
with statutes governing third party rights, including giving
notice of this and any other Order affecting specific property.
The following paragraphs shall apply to any ancillary proceeding
conducted in this matter:

(1)   Pursuant to 21 U.S.C. § 853(n)(1) and Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government shall forthwith publish for at least thirty (30) consecutive days on an official government website notice of this order and any other Order affecting the Forfeitable Property, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the publication of notice or receipt of actual notice, whichever is earlier.  The United States shall also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Forfeitable Property.

(2)   Any person other than defendant TAMARA DADYAN ("defendant") asserting a legal interest in the Forfeitable Property may, within thirty days of the publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(2).

(3)   Any petition filed by a third party asserting an interest in the Forfeitable Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in such property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. 21 U.S.C. § 853(n)(3).

1         (4)  The United States shall have clear title to the

2    Forfeitable Property following the Court's disposition of all

3    third-party interests or, if no petitions are filed, following

4    the expiration of the period provided in 21 U.S.C. § 853(n)(2)

5    for the filing of third party petitions.

6        D.  Pursuant to Fed. R. Crim. P. 32.2(b)(3) and

7    defendant's consent, this Preliminary Order of Forfeiture shall

8    become final as to defendant TAMARA DADYAN upon entry and shall

9    be made part of her sentence and included in her judgment.

10       E.  The Court shall retain jurisdiction to enforce this

11   Order, and to amend it as necessary, pursuant to Fed. R. Crim.

12   P. 32.2(e).

13   DATED: August 19, 2021        _____

14                            HONORABLE STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE

15   PRESENTED BY:

16   TRACY L. WILKISON
     Acting United States Attorney

17

18   SCOTT M. GARRINGER
     Assistant United States Attorney
19   Chief, Criminal Division

20   /s/Brent A. Whittlesey
     _____
21   BRENT A. WHITTLESEY
     Assistant United States Attorney
22   Asset Forfeiture Section

23   Attorneys for Plaintiff
     UNITED STATES OF AMERICA

24

25

26

27

28