TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail:    Scott.Paetty@usdoj.gov
            Catherine.S.Ahn@usdoj.gov
            Brian.Faerstein@usdoj.gov

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:  Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-579(A)-SVW |
| Plaintiff, | EXHIBIT 5 (ATTACHED TO THE DECLARATION OF CHRISTOPHER FENTON) |
| v. | |
| RICHARD AYVAZYAN, | **[FILED UNDER SEAL]** |
|   aka "Richard Avazian" and | |
|     "Iuliia Zhadko," | |
| MARIETTA TERABELIAN, | |
|   aka "Marietta Abelian" and | |

```
            "Viktoria Kauichko,"
ARTUR AYVAZYAN,
   aka "Arthur Ayvazyan," and
TAMARA DADYAN,
MANUK GRIGORYAN,
   aka "Mike Grigoryan," and
            "Anton Kudiumov,"
ARMAN HAYRAPETYAN,
EDVARD PARONYAN,
   aka "Edvard Paronian" and
            "Edward Paronyan," and
VAHE DADYAN,

            Defendant.
```

**DOCUMENT FILED UNDER SEAL**