**DECLARATION OF CHRISTOPHER FENTON**

I, Christopher Fenton, hereby declare and state as follows:

I am a Trial Attorney with the Criminal Division, Fraud Section, of the United States Department of Justice. I am an attorney assigned to the case of United States v. Richard Ayvazyan et al., No. 20-CR-579(A)-SVW.

1. Exhibit 1 is a true and correct copy of a Memorandum of Activity ("MOA") dated November 24, 2020 that was prepared by Federal Housing Finance Agency, Office of Inspector General, Investigative Counsel ("IC") James Harbin. The MOA relates to IC Harbin's review of physical evidence seized from defendant Tamara Dadyan and defendant Artur Ayvazyan's residence on Weddington Street on or about November 5, 2020. This document was Bates-stamped DOJ_PROD_0000149591 - DOJ_PROD_0000149602, and produced in discovery. Exhibit 1 is filed under seal.

2. Exhibit 2 is a true and correct copy of photographs of physical evidence seized from defendant Tamara Dadyan and defendant Artur Ayvazyan's residence on Weddington Street on or about November 5, 2020. These documents were Bates-stamped DOJ_PROD_0000022577 - DOJ_PROD_0000022620, and produced in discovery. Exhibit 2 is filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Washington, D.C., on November 8, 2021.

_____
CHRISTOPHER FENTON