The Honorable Stephen V. Wilson
United States District Judge
First Street Courthouse,
350 W. 1st Street, Courtroom 10A,
10th Floor, Los Angeles, California 90012

Judge Wilson

  My name is Greta Akopyan, and I am Tamara Dadyan's mother and I am shaken by how difficult this letter is for me to write. I wish there was an ideal place to begin. I am asking for your leniency in sentencing her and please that your sentence be merciful and not punitive. Please consider what I am going to say because there are so many lives that are going to be touched and affected by your decision today.

What keeps me believing in her and loving her is the fact that she is a good person that comes from a good home. I was 18 years of age when I was pregnant with her. My husband was very opinionated when it was time to pick her name he decided to name her after his grandmother who lived to be 100 plus years of age and she was desperately waiting for her grandson my husband Gegam Dadyan to have a daughter and it would be named after her. She had 9 children and coming from a country where it's normal for children to be named after the grandmother none of her children gave her that gift so when we had Tamara it was my husband's gift to his grandmother to give her the name came true. I guess it's true when they say you always take after the person your names after which is exactly what happened with Tamara, she naturally got the gift of helping people. She

inherited that from her great grandmother as she was a natural healer and would help women overcome illnesses with fertility issues that otherwise couldn't conceiving a child to be able to assist with their dreams of becoming a mother from the first steps until they we're ready to give birth.

Tamara finished her high school a semester early went to college and she took my husband's advice of becoming a licensed realtor. She has been working for Remax on The BLVD in Studio City California from the year 2000 to on or about 2006 where month after month year after year she was voted as Agent of the Month in the Top 5 % and 10% to 2008 when the financial crash happened forcing Remax to close their offices and she branched out with her own company. She goes over and beyond to help peoples dream come true by purchasing their dream homes to selling their homes.

The most important job my daughter Tamara Dadyan has is first and foremost being a mother to 2 grandchildren. My daughter suffers from herniated disk of lower lumbar with her spine and to be able to conceive a was truly a gift considering her medical issues. Her whole life revolves around her 2 daughters since her daughters were born she has spend every minute every weekend every chance she has to make her children's priorities come first for her. She is the the matriarch of our family she hold the glue to my family and she is the godmother with her husband Artur their godfather to my 2 sons Karen Dadyan and Arsen Dadyan's weddings and to all their childrens baptisms. She is the person who is the aunt to take all her nieces and nephews to Disneyland as she says "that's the happiest place in the world",

as a mother, she is always involved in Angelina's and Natalie's lives, and even more so with her busy schedule she still makes time for all her nieces and nephews from every school performance to their dance recital.

I have tried my best to raise Tamara as an honest, kindhearted person she is. She is at times very blinded by peoples true colors and true intentions as is what got her into this current unfortunate situation. To sum it up another example of her putting everyone else's needs before her when Richard and Mary were detained in Miami, Florida Tamara never thought for a second that by her and her husband traveling there to go bail her brother-in-law and sister-in-law would have the consequences of them being added to Richard and Marys indictment. They we're both targeted by going and help post a bond and when Richard and Mary were indicted the first time neither Artur or Tamara even knew about the indictment so they didn't offer any help and were not added to the previous legal matters, in fact the person who posted the property bond the first time around was later indicted on similar charges themselves. It's unfortunate how the system works and when people need help and anyone who offers help gets tangled up in problems of their own.

I understand this letter is supposed to be of her character what can a mother in my position say about their only daughter that always goes out of her way to keep everyone else happy and taken care of and at times forgets herself in the process.
To sum it up my daughter is a very good wife and a great mother and daughter and sister. Tamara and her family are still

devastated of the unfortunate effects of the events that have followed since the terrible morning of November 5, 2020.

Their lives will never be the same again. My grandchildren and Tamara and Artur still very much suffer from Post Traumatic Stress from the aftermath of the effects of having their doors broken down to having smoke bombs thrown in the house with one of them rolling under my granddaughter Natalies bed, the family has since been seeing a therapist to be able to overcome with the panic attacks and to help ease the stress. The family still have a long way to go to overcome all the damages from the aftermath.

I beg your Honor to please consider my letter when you hand down your sentence you have the ability to give her a second opportunity to learn from her mistakes. As human beings, we all make mistakes, and have moments of errors of judgment and we have to learn from our mistakes and errors of judgment's.

Sincerely,

Greta Akopyan