Sir Judge Wilson

My name Is Karen Dadyan. Oldest brother of Tamara Dadyan. I wanted to write to you about my sisters from a Brother's point of view. But Let me start by saying thank you for being fair to my brother in-law Arthur Ayvazyan. I know that you have the power to give him a punishment for braking the law. But I thank you for seeing him as Arthur Ayvazyan and not like his Brother Richard Ayvazyan. I heard how you gave the definition of his character during Their sentencing and I couldn't agree more. We all grew up in Van Nuys Ca and attended the same schools. When we started High School is when me and my sister came to know Arthur and Richard. I was never close to Richard because I didn't like his character but my sister was friends with their cousin Anna. And through the years Tamara and Arthur grew to get to each other and I liked Arthur because he was a nice humble simple hard working guy. He would pass out pizza flyers and work at supermarkets to help his mom. Long story short my sister married Arthur. Richard's Younger brother. Arthur never meet his father and Richard was like a big brother/father figure for him. The way it was is he always obeyed Richard. If he told Arthur something to do it was always done his way. Coming back for the reason for my letter is that my sister married Arthur and have two Daughters. Angelina that's 15years old and very talented, and she has a rare medical disorder in her blood cells  and Natalie that's 13 Years old, She on the school Basketball and Volleyball. Arthur being a truck driver always working, my sister was the only one taking care of all the transportation.  My sister can be loud sometimes but she e has helped everyone she ever came across, will go out of her way to help others without thinking about her self or consequences of putting herself in danger. She was ver successful in her life when she became a realtor. She saved up her own money to buy our first house that my parents leave till now. She helped me with my addiction problems when I was young even tho I am the eldest of both siblings. My Brother lived with her for 10 plus years. She is my everything and never greedy. She got played. And so did Artur. Both were influenced and pressured by Richard to take advantage of this EIDL  loan program to and to pay him back money they owed. But what she did was she tried to help our cousin Vahe Dadyan her husband Arthur Ayvazyan and herself and applied for the loans. I know that they broke the rules in the programs. Please give her another chance to make it right she has never been convicted of any crime. Its her firs time she is in this situation because of being naïve. I beg of you be fair in giving her punishment.

Respectfully

Karen G. Dadyan