JERRY KAPLAN, ESQ. Bar No. 49142
JOSEPH BENINCASA, ESQ. Bar. No. 251347
Kaplan, Kenegos and Kadin
Attorneys at Law
9150 Wilshire Boulevard Suite 175
Beverly Hills, California 90212
Email: kapkenkd@pacbell.net
Telephone:(310) 859-7700
Facsimile:(310) 859-7773
Attorneys for Defendant
TAMARA DADYAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TAMARA DADYAN,<br><br>  Defendant. | CASE NO.    2:20-CR-00579-SVW-4<br><br>**DEFENDANT'S SUPPLEMENT TO HER SENTENCING MEMORANDUM** |

   Defendant Tamara Dadyan respectfully submits this Supplement to her Sentencing Memorandum as follows:

   1.    Defense counsel erroneously concluded that defendant's husband, co-defendant Artur Ayvazyan, was likely to be deported, based on information contained in the presentence investigation report. This was an error. Artur Ayvazyan is a United States citizen and is not in danger of deportation. Defendant respectfully withdraws any assertion that her husband will be or is in danger of being deported.

   2.    Defendant submits additional letters of support, attached to this Supplement.

1
**DEFENDANT'S SUPPLEMENT TO HER SENTENCING MEMORANDUM**

Date:   November 30, 2021          Respectfully submitted,

                                             /s/ Jerry Kaplan
                                            JERRY KAPLAN
                                            Attorneys for Defendant
                                            TAMARA DADYAN

**DEFENDANT'S SUPPLEMENT TO HER SENTENCING MEMORANDUM**