**EXHIBIT "A"**

ANGELINA AYVAZYAN

Dear Honorable Judge Wilson,

My name is Angelina Ayvazyan and I am Tamara Dadyan's eldest daughter. My mother is the strongest person I know and look up to, her life has been filled with ups and downs since the day she stepped off that plane in America when she was 8 years old. My mother is a very hard worker, she's been working since she was 14 years old, and being only 15 myself I could never imagine being able to manage a job at my age. Our family isn't perfect, and my mom knows that, but she does her best to make life seem like it is perfect for her kids, even if it's just for five minutes. When my parents went through troubles, fights, etc. My mother always made an effort to fix it, because she'd always tell me no matter what troubles they had, she didn't want her kids to grow up without their dad in their life. My mom has always been selfless that way, most mothers would consider themselves first over their children, but my mother always put us first because she loved us and she always made sure we knew it. As I got older my mom always told me how everyone in life is replaceable, except my family, and at the time I thought it to be a stupid saying, but as I grew older I realized my mom truly is my best friend. Whenever I need anything my mom is always there for me, despite being busy with work and trying her best to provide for our family. My mom and I always have our best conversations in the car, when we go on trips to our favorite antique shops, and crystal stores. We would talk about everything and nothing and in the front seat of that car is where I have truly learned the most about my mother, as cheesy as that may sound. My mom would tell me about the things she was proud of in her life, like how my dad and her bought our home when they were only 24, and how proud she was of her work that got her there. While me and my mom always bicker with each other, I love her more than humanly imaginable and am proud to be able to say that she is my mother, my mother who always put her children first, my mother who taught me the important truths of life, my

mother who always went out of her way to give her children a better life than she had as a child. The one woman I look up to most in this world is my mom, she is my best friend and if she wasn't in my life I have no idea where I would be, who I would show dresses I bought to or who I would go on roadtrips with and talk to for hours, or who I would cry to about fights between friends. Ahead of me I have my highschool graduation, university applications, and school dances, and I can't imagine how any of those experiences could even fathom to be memorable if my mother was not a part of them. I respect whatever decision you make but I hope and pray that that decision will not result in my mom not being able to watch me grow into a young woman she can be proud of.

Thank you your honor,

Angelina Ayvazyan

# EXHIBIT "B"

NATALIE AYVAZYAN

Dear Honorable Judge Wilson,

My name is Natalie Ayvazyan And I am the daughter of Tamara Dadyan. Ever since I was little my mom has been my best friend. My mom is always caring for others and puts others before herself. Ever since we were little my mom would take us on trips everywhere, but her favorite place to go was disneyland. My mom and I have always gotten along. My mom has tried to make the best out of this whole situation and I honestly don't know what I would do without her. I will never forget the times my mom would pick me up from school and surprise me with a trip to Las Vegas. My mom has spent most of her life taking care of me and my sister and making sure we had gotten everything we ever wanted while growing up. I will never forget the morning of picture day when she would always get up to fix my hair and she would burn my head with the straightening iron every time. My mom is the only thing I look forward to when coming home from school or a friend's house. Sure, my mom is a loud person but her voice never gets old. My mom is always working, she is always on the phone or on important phone calls. I always try to talk to her while she's working but she gets mad at me. And I completely understand why she gets mad at me because she is working hard to provide for me and my sister. My mom is my best friend and I don't know what I would do without her. She is my best friend, my lifeline, my biggest fan, but most importantly my mother. My mom is going through a tough time and this also affects me but I act strong so I can show my mom that I am okay even though I am always thinking about the situation we are in and how this has all started. My mother is one of the only things me and my sister have and I hope my mom can stay with us and always support us. I always imagined my mom would always be next to us at hard times.  My mom is always making sure she spends as much as time as she can with me and my sister because she doesn't know what will happen sooner or later. I am very thankful for everything my mother does for me and I hope I never have to be apart from her.

Sincerely,
Natalie Ayvazyan

*Natalie*

**EXHIBIT "C"**

GEGAM DADYAN

**From the Desk of**

**Brother Gegam Dadyan (186722)**
**14952 Cobalt St. Sylmar, CA 91342-2037**
**(818) 797-4477**

---

The Honorable Stephen V. Wilson
United States District Judge
First Street Courthouse,
350 W. 1st Street, Courtroom 10A,
10th Floor, Los Angeles, California 90012

Judge Wilson,

My name is Gegam Dadyan and I am writing this letter with a heavy on behalf of daughter Tamara Dadyan.
In 1988 I brought my family to America with the hopes of a better future for my wife, mother and 3 children, Karen, Tamara and Arsen. Back in Armenia, where I was a reputable district police officer with a law degree specializing in criminal prosecution.I am aware of the current allegations against my daughter and I hope that my letter will give you some valuable information about Tamara Dadyan and assist in reaching a decision.

Tamara is my only daughter  my pride and joy. During my wife's pregnancy my wife and I were told  that she was supposed to be a boy so at the time of her birth it was a total surprise that it was a girl. It would have not mattered if it was a boy but my oldest was a boy so this was great surprise for us both. Since her birth she has always been attached to me in a  different way then my 2 sons.

When she was about 40 days old I had a emergency surgery and she was too young for my wife to bring her to visit me so that was the longest time she has ever been separated from me. She got really sick one night where her temperature would not go down and the doctors said there is nothing they can do they had no idea what was the cause and what can cure her so my wife was left with thinking that's it there is nothing we can do and there was no hope of survival. My grandmother god bless her soul who We name her after told my wife " listen she missed her father" "find a way for the hospital to allow you you to take her upstairs so she can see her father".  My wife and my late father talked to the doctors that this is the last hope they had if she saw her father and her temperature didn't go down then that was it they had to come to terms that this is it for Tamara. Fortunately when she saw me at the hospital her temperature went down as if nothing had happened to the child. So since then we knew that was the special bond only a father and daughter can share together.

I will never forget one day she came home from Highschool with balloons and a big award in her hand. When I asked her what the balloons were for since I knew it was not her birthday month. She said "dad I won the most talkative award in high school". I didn't know how to respond to something like this in my country we never heard of anything like that.

My daughters  life was not  served on a silver platter she worked since she was at the young age of 14 at a mortgage telemarketing office to save money to buy herself her first car. She went to high school and worked and managed  to juggle a number of tasks with addition to college finding time to get her Real Estate License. The first house she sold she bought our family home with the commission she received, she put all her commissions she saved as a down payment.

She has always been the one to hold our family grounded helping her brothers with every aspect of their lives. My oldest son suffered from a broken engagement and was heading in the wrong direction with the wrong people and Tamara was the one to pull him together to get him help to stop hanging around with people who were a bad influence on him, she told him "your dad spend all his life prosecuted drug dealers and you should be ashamed of your actions" she took him to her office in Remax every day with her so he will be right in front of her eyes so she can make sure his not going to go off with anyone even though she was younger than him she had a away to turn her  brother Karen's life around and get him married to my daughter in-law Lilit and gift me 3 beautiful babies.

My younger son Arsen was diagnosed with testicular cancer she was there every day coming to UCLA hospital. After my son was released from  the hospital she took him under her wing and took him to live with her and her husband so that he would have no stress to effect his recovery arsen lived with Tamara until 2015 a little over 10 years until she found him a nice bride who happened to be Natalies daycare teachers

daughter Suzy and gifted me my grandson Samvel who just turned 5 years old and we just found out they are expecting another baby early 2022.

Every Friday she goes out of her way to drive in 405 traffic to bring my mother who is blind in both eyes to stay with her and the Childrens d brings her back every Sunday. I remember one day the youngest one asked her "mom why do you always go and bring your grandma over to our house she can't see and can hardly hear" she didn't realize I was in the kitchen and I heard her say " so one day when I'm old you will tell your children to come and bring me to visit you".  She's always been like that  always teaches her daughters the importance of respecting your elders abs caring for them. On top of everything she still goes out of her way to help Artur's mother as she has the 3 of Richard and Marys children living with her and she doesn't drive a car so Tamara tries her best to make time to meet  everyone's needs.

As a father it's hard for me to even try to put into words the kind of person she is. This is unfortunate situation for me and my family to be in when we know her whole life she has always made sure everyone else Is always taken care of. This case has really taken a toll on our entire family. It has effected my children with professional and personal damage. Many  times I try to tell  her to be careful and not to trust everyone and to learn from other  peoples mistakes. I have tried my best to help  her and Artur  with my wife and it's unfortunate that we have to write letters to explain their characteristics given the circumstances.Tamara's life revolves

around her daughters  Angelina and Natalie Ayvazyan.  My grand daughters are still suffering greatly from the turmoil of the effects this case has brought upon their parents and the actions of their uncle Richard and Mary has left them with more nightmares and humiliation in front of their  teachers and classmates.I ask you to please consider this letter and from one father to another to please be lenient on your decision. Please don't take my daughter away from her children.


Sincerely,

Brother Gegard Dadyan

# EXHIBIT "D"

GRETA AKOPYAN

The Honorable Stephen V. Wilson
United States District Judge
First Street Courthouse,
350 W. 1st Street, Courtroom 10A,
10th Floor, Los Angeles, California 90012

Judge Wilson

My name is Greta Akopyan, and I am Tamara Dadyan's mother and I am shaken by how difficult this letter is for me to write. I wish there was an ideal place to begin. I am asking for your leniency in sentencing her and please that your sentence be merciful and not punitive. Please consider what I am going to say because there are so many lives that are going to be touched and affected by your decision today.

What keeps me believing in her and loving her is the fact that she is a good person that comes from a good home. I was 18 years of age when I was pregnant with her. My husband was very opinionated when it was time to pick her name he decided to name her after his grandmother who lived to be 100 plus years of age and she was desperately waiting for her grandson my husband Gegam Dadyan to have a daughter and it would be named after her. She had 9 children and coming from a country where it's normal for children to be named after the grandmother none of her children gave her that gift so when we had Tamara it was my husband's gift to his grandmother to give her the name came true. I guess it's true when they say you always take after the person your names after which is exactly what happened with Tamara, she naturally got the gift of helping people. She

inherited that from her great grandmother as she was a natural healer and would help women overcome illnesses with fertility issues that otherwise couldn't conceiving a child  to be able to assist with their dreams of becoming a mother from the first steps until they we're ready to give birth.

Tamara finished her high school a semester early went to college and she took my husband's advice of becoming a licensed realtor. She has been working for Remax on The BLVD in Studio City California from the year 2000 to on or about 2006 where month after month year after year she was voted as Agent of the Month in the Top 5 % and 10%  to 2008 when the financial crash happened forcing Remax to  close their offices and  she branched out with her own company.  She goes over and beyond to help peoples dream come true by purchasing their dream homes to selling their homes.

The most important job my daughter Tamara Dadyan has is first and foremost being a mother to 2 grandchildren. My daughter suffers from herniated disk of lower lumbar with her spine and to be able to conceive a was truly a gift considering her medical issues. Her whole life revolves around her 2 daughters  since her daughters were born she has spend every minute every weekend every chance she has to make her children's priorities come first for her. She is the the matriarch of our family she hold the glue to my family and she is the godmother  with her husband Artur their godfather to  my 2 sons Karen Dadyan and Arsen Dadyan's weddings and to all their childrens baptisms. She is the person who is the aunt to take all her nieces and  nephews to Disneyland as she says "that's the  happiest place in the world,,,

as a mother, she is always involved in Angelina's and Natalie's lives, and even more so with her busy schedule she still makes time for all her nieces and nephews from every school performance to their dance recital.

I have tried my best to raise Tamara as an honest, kindhearted person she is. She is at times very blinded by peoples true colors and true intentions as is what got her into this current unfortunate situation. To sum it up another example of her putting everyone else's needs before her when Richard and Mary were detained in Miami, Florida Tamara never thought for a second that by her and her husband traveling there to go bail her brother-in-law and sister-in-law would have the consequences of them being added to Richard and Marys indictment. They we're both targeted by going and help post a bond and when Richard and Mary were indicted the first time neither Artur or Tamara even knew about the indictment so they didn't offer any help and were not added to the previous legal matters, in fact the person who posted the property bond the first time around was later indicted on similar charges themselves. It's unfortunate how the system works and when people need help and anyone who offers help gets tangled up in problems of their own.

I understand this letter is supposed to be of her character what can a mother in my position say about their only daughter that always goes out of her way to keep everyone else happy and taken care of and at times forgets herself in the process.
To sum it up my daughter is a very good wife and a great mother and daughter and sister. Tamara and her family are still

devastated of the unfortunate effects of the events that have followed since the terrible morning of November 5, 2020.

Their lives will never be the same again. My grandchildren and Tamara and Artur still very much suffer from Post Traumatic Stress from the aftermath of the effects of having their doors broken down to having smoke bombs thrown in the house with one of them rolling under my granddaughter Natalies bed, the family has since been seeing a therapist to be able to overcome with the panic attacks and to help ease the stress. The family still have a long way to go to overcome all the damages from the aftermath.

I beg your Honor to please consider my letter when you hand down your sentence you have the ability to give her a  second opportunity to learn from her mistakes. As human beings, we all make mistakes, and  have moments of errors of judgment and we have to learn from our mistakes and errors of judgment's.

Sincerely,

Greta Akopyan
818-979-3897

**EXHIBIT "E"**

KAREN G.DADYAN

Dear Honorable Judge Wilson

My name Is Karen Dadyan. Oldest brother of Tamara Dadyan. I wanted to write to you about my sisters from a Brother's point of view. But Let me start by saying thank you for being fair to my brother in-law Arthur Ayvazyan. I know that you have the power to give him a punishment for braking the law. But I thank you for seeing him as Arthur Ayvazyan and not like his Brother Richard Ayvazyan. I heard how you gave the definition of his character during Their sentencing and I couldn't agree more. We all grew up in Van Nuys Ca and attended the same schools. When we started High School is when me and my sister came to know Arthur and Richard. I was never close to Richard because I didn't like his character but my sister was friends with their cousin Anna. And through the years Tamara and Arthur grew to get to each other and I liked Arthur because he was a nice humble simple hard working guy. He would pass out pizza flyers and work at supermarkets to help his mom. Long story short my sister married Arthur. Richard's Younger brother. Arthur never meet his father and Richard was like a big brother/father figure for him. The way it was is he always obeyed Richard. If he told Arthur something to do it was always done his way. Coming back for the reason for my letter is that my sister married Arthur and have two Daughters. Angelina that's 15years old and very talented, and she has a rare medical disorder in her blood cells  and Natalie that's 13 Years old, She on the school Basketball and Volleyball. Arthur being a truck driver always working, my sister was the only one taking care of all the transportation.  My sister can be loud sometimes but she e has helped everyone she ever came across, will go out of her way to help others without thinking about her self or consequences of putting herself in danger. She was ver successful in her life when she became a realtor. She saved up her own money to buy our first house that my parents leave till now. She helped me with my addiction problems when I was young even tho I am the eldest of both siblings. My Brother lived with her for 10 plus years. She is my everything and never greedy. She got played. And so did Artur. Both were influenced and pressured by Richard to take advantage of this EIDL loan program to and to pay him back money they owed. But what she did was she tried to help our cousin Vahe Dadyan her husband Arthur Ayvazyan and herself and applied for the loans. I know that they broke the rules in the programs. Please give her another chance to make it right she has never been convicted of any crime. Its her firs time she is in this situation because of being naïve. I beg of you be fair in giving her punishment.
Respectfully


Karen G. Dadyan
818-359-7878

**EXHIBIT "F"**

LEYA DADYAN

Dear Honorable Judge Wilson,

My name is Leya Dadyan, I am 12 years old, and I am Tamara
Dadyan's eldest niece and goddaughter. Throughout the 12 years growing
up with my aunt by my side has been such a blessing. My aunt would do
anything and everything for us just to make sure we're happy. I've never
met such a hardworking, humble, and caring person in my life.

No matter what, if my aunt was busy or not she would always put
other people first. My aunt would always take care of her family members
and make sure they were all ok. My aunt took me and my family to
Disneyland all the time. She would always take us all the time and always
made sure by the end of the day we would have an amazing time.

I have the most amazing and unexplainable memories with my aunt
growing up. She was my favorite person throughout the years. I adored her
more than anything in this world. The adventures we've been through
together are amazing. My favorite time was when she took my sister,
cousins, and i to Catalina Island for the first time and she took all of us zip
lining. Something I will never forget.

Growing up until this day my aunt has always been my biggest
supporter. Whenever someone put me down she would make sure to put
me up again and never listen to anyone who ever gets in the way of my
goals. She always taught me to follow my heart and never let anyone else's
opinions get in the way of my dreams.

I've never met a more influential and inspirational person in my life.
I've always looked up at my aunt. She was and still is my biggest role

model. She is the best aunt anyone could ever ask for. I'm just so happy I was blessed with such an amazing aunt. I'm so grateful for her because I have the best aunt in the whole world and I wouldn't change it for anyone.

The most caring, humble, hard working person I've ever met. "If someone ever asks me who is the most humble and hardworking person you know" without a thought my answer would be my aunt. My aunt has impacted so many people's lives and put so much joy into peoples lives I could never imagine what a world without her will be like. No one in the world is like my aunt. She can never be replaced by anyone.

I hope this gives you enough information for you to learn about my aunt. I hope this will allow you to have an open mind on the decisions you will make. I just want you to know that My whole family and so many other people care about my aunt endlessly. And that without her the world will be so empty. My aunt is the most caring person I know and I can never imagine a life without her in it.

Sincerely,
Leya Dadyan

# EXHIBIT "G"

MAYA DADYAN

Judge Wilson,

My name is Maya Dadyan, I am 10 years old and I am writing this letter on behalf of my Aunt Tamar Dadyan. My aunt and I have grown a very special connection throughout the past 10 years. I feel as though she is like a second mother to me. What I have acknowledged from this time I have known her is that she is a very well educated woman, as well as compassionate. She does many things for our entire family. Things like taking care of her elders and youngsters, and helping her family members out when at a difficult state in life. Therefore, our family can not abide without her as she is the one who makes us happy and positive. She has a very honorable husband and two loving daughters that care for both their mother and father very extraordinarily much. This entire family has gone through so much, but we have all gone through it with her by our side. I don't know what we will do without her, as she is somewhat like our family's anchor, we would fall apart without her. My aunt has a very special place in my heart, it would hurt me to see her get taken away from our family. Our family absolutely cares and loves Tamar, it would be a great pain to not be able to spend time with her, and to not see her as often. We all need her in our lives to move forward, instead we are somehow taking a step back by having her taken from us. I know for a complete fact that my aunt is a spectacular woman, and would always want to spread love and positivity, other than hate and negativity. I also know that if she could somehow change her actions, she would never want to go through this situation. I hope this letter I have written will help you understand what kind of marvelous, intelligent and compassionate woman my aunt is, and how she would never want to intentionally commit anything that affects our families reputation.

With gratitude,
    Maya Dadyan

# EXHIBIT "H"

ZHANETA MOMDZAYAN

Dear Honorable Judge Wilson,

My name is Zhanetta Momdzayan, and I am Tamara Dadyan's mother in law. I want to start by thanking you for taking the time to read my letter, Tamara has been a true light in my life, and I hope that I can give you a glimpse of her character through this letter to you.  She has been the most honest and kind-hearted person I know.  She is truly a rare type of individual who gives so much of herself for the benefit of helping others.  She has dedicated so much of her time and energy into lifting up my mood and trying to keep me hopeful, despite my serious sickness and health challenges I've been facing for so many years. I've known her for two decades now, and she has always been uplifting and brought so much joy into my life which has helped me cope with my situation much better.

The day my son Arthur brought her to introduce me to her I knew he had made the right choice as she is an angelic person. Tamara is like the daughter I never had.  There are not enough for me to describe my daughter in-law Tamara.

My son and her have the most beautiful family and all ways makes me proud to call them my family. They have two beautiful daughters, Angelina and Natalie which they are doing a great job raising them. Tamar always goes above and beyond for her angelic daughters, always being on top of their studies and ensuring that they keep up their grades and good habits. She always strives to go above and beyond to make her girls happy— she is often taking them to theme parks and trips, despite feeling unwell with her back condition which makes me feel so bad for her. I really don't know how she stands in the lines for hours, but she does it for her children. She is an active mother, very involved in her daughter's upbringing and helping them establish good habits to carry them on to a successful life. She is a selfless individual, always striving to help her parents, brothers and family.

Tamara has been a successful realtor for a long time but it does not surprise me as she is the person that loves to help others, She obtained her license at a very young age— I believe in her early twenties and she worked extremely hard in the field. I remember, I asked her one day, "why did you choose to become a realtor", and her answer was that she loves to help people buy their first home and start their families.

She said the feeling she got from giving people that joy is something she constantly strives to achieve. She gets a joy of helping others because that's the kind of person Tamara is, and that is why I love her so much. She is a very compassionate individual, always so empathetic with others, and always trying to help them. Her compassion and empathy makes her such a gem in our family as a wonderful mother, wife, aunt, daughter and sister. Her house is always full of family and their family friends. She is always so hospitable to everyone around her, gaining the respect of her neighbors and everyone who crosses her path. When I go into her home, I will always feel so welcomed and honored as she goes out of her way to show care and affection in her hospitable ways. She doesn't sit for a minute, as she's constantly catering to my needs even when I keep telling her to just relax. The selflessly this woman exudes is rare, and I always hoped one day she would start to take care of herself rather than overwhelm herself with doing so much for others. Unfortunately, it saddens me that she may face jail time as this is the time she needed now to take care of herself and her health, most importantly. I am very worried about her and her health right now. She already had pre-existing conditions and this last year, she endured so much pain and trauma as a result of these allegations and charges. I sure hope that you will be lenient on her honorable Judge Wilson.

Tamara's father was a police officer in my country, Armenia. and she was raised with such great discipline, honor and good manners. She is a good person and kind human being. I hope that you can see her for who she really is. Honorable Judge, I ask you to be lenient on your decision for my daughter in-law Tamara as I cannot lose another family member. All I have in this world are my my sons and grandkids and I already lost one son. My other son, Arthur is now facing many years of jail as well, and I don't know what I will do if I lost my daughter in-law Tamar as she's always there for me. Please don't take her away from me and my grandkids because we really need her in close proximity to us. I hope that you understand the true extent of how much we need her in our lives right now. I thank you once more for your time and your consideration.


Sincerely,

Zhanetta Momdzhayan

Zhanetta Momdzhayan

**EXHIBIT "I"**

DANIEL AYVAZYAN

Dear honorable Judge Wilson,

My name is Daniel Ayvazyan.  I am Tamara Dadyan's nephew through my uncle Arthur's marriage. I am writing to you today in hope to give you a little more background on Tamara's character as a person. Tamara has always been there to support me and guide me to do better things in life. She is very optimistic and always has a positive attitude when she is doing something. When it comes to school she helps us with whatever we would need. She plays a major role in our family, and it wouldn't be the same without her presence in our lives. My aunt Tamar would take us to Disneyland sometimes with our family and always made sure that we were all having fun. If someone was ever feeling down, she would know exactly what to say to make you look at the situation differently. My aunt is a very caring person, and I hate to see her in this situation because I can't help her with her situation like she always helps with mine.

I always see Tamar with her family around her. Either her brothers are over or her parents at her house. She loves family and she always does everything she can to help the people around her. She is a very giving person, giving of her time and energy to her loved ones. I know she has a lot of back pain because sometimes she can't move for days but she still tries to be active and do a lot around the house and for all of us. She even has 4 dogs that she takes care of so well.  She takes on a lot of responsibilities.  She even babysits her younger nieces and nephew at her house often. I don't think I ever heard her complain when I can see she has a lot to do and take care of.

She's very caring towards my ailing grandmother as well. My grandmother has a serious kind of diabetes and has trouble seeing. Tamara helps her out but she also makes my grandma laugh at the same time. Whenever Tamara is around her, she always makes jokes and entertains my grandma so much. My grandma is always in a good mood when she is around because of her high energy and upbeat personality. During these hard times, she's been there for my siblings and I too, trying her best to keep us hopeful and positive. I hope Judge Wilson that you are lenient on her because she is a nice person.  I am not sure of what she has done, but I am sure she is remorseful and will never do anything of that nature since her life completely turned upside down this last year.  Just the thought of leaving her family and daughters to serve time this last year has really taken a toll on her. I hope you allow her to stay home with her daughters and family.


Sincerely,


Daniel Ayvazyan

**EXHIBIT "J"**

JULIANA AYVAZYAN

Dear Honorable Judge,

My name is Juliana Ayvazyan, and I am Tamara Dadyan's niece. Since I was little, my aunt Tamara has always been there for me. I don't remember a time when I needed her help and she didn't help me. My aunt is one of the most caring, thoughtful, and nicest people ever. Every time she would go on a trip or theme park with her kids, she always made sure to include me too. She would always ask me if I wanted to go with her, and she wouldn't ever forget me. She would take us to the places we loved the most, such as Disneyland. We also do a lot of nearby trips together like San Diego. We have so many fun memories together.

It's such a hard time for my aunt right now because when she is in the case, she can't do much with us. She still tried spending as much time with us as possible but with her under probation it's hard. My aunt would always think of me in every situation. One time I told her that my favorite fruit was grapes but the cotton candy version. The next day she bought packs of them for me. That is just a little example of how considerate she is, and how much she extends herself to provide assistance and joy in our lives. I really hope she can stay with us so we can spend more time and travel with her more. We really need her now.  Even though she is going through so much herself, she has been trying very hard to keep us calm and happy with my parents not being around. She tries to do everything for us to not feel the loss of my parents not being around. Ever since we were little kids, my aunt has always been positive. Even when something went wrong or we were in a bad mood, she would always stay positive. She always tries to think that everything is going to be good and she tries her best to stay happy for us. I don't know what I would do without her. When I go over to her house and my cousins aren't home, she always tries her best to spend time with me herself so that I don't feel bored. She swims with us and loves hanging out with us. She picks me up from school often too since I go to the same school with my cousins. She makes us feel loved and protected, and I would love it if my aunt can be with us through life so we can grow up and be the best version of ourselves.

We have lost so much in the recent months with my parents not being with us, and my uncle is facing years of jail time too. I really pray and hope that my aunt Tamara will be with us. I ask your dear Judge Wilson for you to be lenient on my aunt Tamara.

**EXHIBIT "K"**

ANNA PETROSYAN

To the honorable Judge Wilson,

It is a genuine honor to write this letter in favor of Tamara Dadyan. In the years that I have known her, I can truly say her compassion for humanity is beyond what I can express in mere words. She has been an integral part in many peoples lives, the first to jump to help in situations that have seemed hopeless. She has a strength of character that is rare to find, especially in today's society. She is a true friend, an amazing mother and it has been an honor for me, along with others, to know her and consider her a friend. I truly believe it is not in the best interest of the court to sentence her to a prison term, as she has always done good for countless many in society. It is my hope you will take my letter into consideration.

Sincerely,
Anna Petrosyan

**EXHIBIT "L"**

ROMANA V. CIAS

November  24, 2021

Honorable Judge The Hon. Stephen V. Wilson
U.S. District Court for the Central District of California, Western Division

I have the great pleasure of calling Tamara Dadyan my friend for over 11 years. During that time we both have gone through our own personal trials and tribulations. Through all of mine, Tamara has stood fast beside me and I could not ask for anything more from a friend.  She has never asked "What is in it for me?" She just does whatever she can do even if it is just moral support.

She has helped so many people over the years that I dare start to count. She never expects to be repaid in kind or in any other way because  has been brought up as a God Fearing Christian with the duty to help those she can.

Tamara's family comes above anything else in her life.  Her children, husband and Immediate family are her lifeblood. She would NEVER put herself in any position that would take her away from any of them. Tamara is now and has always been a law-abiding citizen and never would go against what is forbidden by law. If this is the case; I believe that she will regret it for the rest of her life and I mean that sincerely. She would never intentionally do anything to put her family in jeopardy. Her father is an ex Policeman from Armenia and has brought up all of his children and grandchildren to respect the law and God and in this day and age where everyone is so self absorbed and rather narcissistic, is saying something.

I would in closing, truly wish that you would take into consideration the extenuating circumstances in her case and judge her fairly.

Sincerely,


Romana Victoria Cias

**EXHIBIT "M"**

SHOUSHANIK IGARIAN

The Honorable Stephen V Wilson

United States District Judge

First Street Courthouse,

350 W. 1st Street, Courtroom 10A,

10th Floor, Los Angeles, California 90012

Judge Wilson,

 My name is Shoushanik Igarian, and I'm writing this letter for my sister-in-law Tamara Dadyan. I have known Tamara since 2011. Tamara is like an older sister to me. I always go to her when I have any questions about anything. She is someone that you can always count on. Tamara has a huge heart and tries to help everyone and anyone indeed. She is a very loving, caring and hard-working mother. Tamara loves her nieces and nephews like they were her own children. She is always there for everyone emotionally and physically.

 The most important thing to both Tamara and Artur is their two daughters, Angelina and Natalie Ayvazyan. They have worked hard to keep their family together. Both parents have done everything to make sure that their kids are taken care of with an unquestioned love that only parents can have. Angelina and Natalie would love their Sunday trips to Disneyland when they were younger. Tamara would always make sure that Sundays was her time with her girls. They would go to church and at times they would then go to Disneyland. Tamara would do anything just to make the girls smile, laugh, by happy enjoy their times together. At times my son and I would go with them to Disneyland as well. Those moments will last a lifetime. Their daughter's need to have their parents in their lives to show and teach them the proper way they should conduct themselves.

 She is my son's Godmother. My son Samvel loves his aunt so much. She always puts a smile on his face. He loves going over to see his aunt and enjoys spending time at the house. Every time he goes to the house, he goes straight to the drawer filled with all the goodies. Doritos chips is his favorite, so he grabs it, goes to his aunt, and says Horkur (horkur in Armenian means father's sister) let's watch a movie. He loves watching movies with his aunt. They sit and spend so much time together. Tamar is always there for my son Samvel. She picks him up from school when I'm unable to pick him up due to my work at the pharmacy. Last year middle of September my 4-year-old son broke his nose while running in the house. Tamara and Artur were the only ones that rushed me to the hospital to get help for my son while so many of our family members were at the house as well. They waited outside of the emergency room for hours until Samvel and I were discharged from the hospital. This shows what kind of heart she has. I will never forget this.

 I believe people do learn from their mistakes and will not continue to make the same mistakes. She has been humbled by her actions and realizes what she has done in the past and she knows that she must change her ways, if not for herself, then for her children. Please give her a second chance, a fair decision to prove to you what an amazing individual she is. Show the true meaning of giving people a second chance to redeem themselves of their wrong doings. Like all of us, Tamara is only human, we all make mistakes. She is a great person of character who is a hard-working mother, wife, daughter, sister, sister-in-law who is beloved by everyone. Thank you for your time, Judge Wilson.

Sincerely,

Shoushanik Igarian

(323) 810-4232

# EXHIBIT "N"

TINA BEDROSSIAN

To Judge Wilson,

I have known Tamar Dadyan for most of my life. She is my aunt from my mom's sister's side. I've always been close with this side of my family. We always are together for the holidays and special occasions. I hope that this letter can show the kind of person she is and how I view her.

She is one of the most caring people I know. I have always known her to be a loving and kind hearted person. She is an amazing mother and is always there for her kids when they need her. I remember one time on Christmas I was upset about a friend. She sat next to me the entire night and made sure I was okay. I've seen her do the same thing for her kids. Whenever one of my cousins is upset or sad she is right next to them helping them through it. She is also very understanding. If I felt like I couldn't tell other people something because I thought they would judge me or not understand my point of view I would tell her. She always tried to see thing from my perspective and give me advice on what I can do. Her advice always helped me have clarity on what actions I can take.

The rest of my family loves her. I always see my cousins wanting to spend time with her no matter what it is. Both my cousins always tell me about how they want to do stuff with her. Things like going to the movies or staying at her house for a sleepover. Most of the time I see her spending time with her kids or her nieces and nephews. We all go to her when having a bad day or need help and she is always there regardless of what it is. My favorite things about her are her sense of humor. She makes me laugh for hours when I'm upset about something. Just being next to her makes me feel better because of her positive energy. She has made a difference in my life with her advice on how to handle school and  personal life. I have grown as a person because of her help and understanding.

Thank you for taking time to read this letter. I hope when making a decision you may take into consideration what I have written in this letter.

Sincerely,
Tina Bedrossian

**EXHIBIT "O"**

ARSEN DADYAN

The Honorable Stephen V Wilson
United States District Judge
First Street Courthouse,
350 W. 1st Street, Courtroom 10A,
10th Floor, Los Angeles, California 90012
11/27/2021

Judge Wilson,

My name is Arsen Dadyan, and I am writing this letter on behalf of my sister, Tamara Dadyan. I am writing to show to you a side of Tamara Dadyan that isn't talked about during the trial. A side of her that shows what kind of a person she really is. What she has done for her family through all the ups and downs, what she continues to do for her family and what she will continue to do for her family, and I would like for you to see who she really is and what she means to me. I hope that my letter will give some valuable information about Tamara Dadyan and assist you in reaching a decision. She is my sister as well as the godmother to my son Samvel Dadyan.

I have always been the little brother/baby in the family since I am the youngest of three children. The oldest is my brother Karen Garen Dadyan, then comes Tamara Dadyan as the middle child and only daughter and then I was born. She has been a second mom to me. Tamara has always been a hard-working individual who always put her family and her faith before anything else. We were all brought up this way because of our parents, uncles, aunts and grandparents. My father has served honorably in the Armenian military, he went into the police academy and was a police officer in Armenian. He was also a criminal defense attorney in Armenia. He gave it all up because he wanted to and was able to bring his family out of a war-torn communist regime and we came to America in 1988 for the pursuit of happiness, prosperity, and the American Dream. He had always wanted to come to America ever since he was a young man, but the only way out of Armenia was through the military. He did the sacrifice and left everything behind just to bring himself, his wife and three kids to America for a better life just like so many other hard-working people.  He worked hard and he became a Freemason and has been a proud member of the Van Nuys Masonic Lodge 450 for over 20yrs. He wanted his kids to succeed, and he wanted to help in any way that he could.

When we came to America, my sister was the one who helped our parents with translating, running errands and other things that non-English speaking parents couldn't do. When we came to America, we were all young and in elementary school. She has been helping the family ever since then. She has always been the overachiever and the first to do everything. She would work random jobs selling infomercial type of products just to help my parents with paying the bills and rent. She started with weekend gigs selling hot pockets, sun blockers lotion, rice crispy treats at the local Ralphs and Vons. Anyway, that she could help, she would. She would also do this for her friends, other relatives and not just our own family. She was the first one to buy a car, buy a house and in-turn, help the entire family out when we needed to buy a car or a house as well. She has always thought of others before herself. At times she has been too helpful of others who have used her help for their own benefit. She has had people always coming around her who needed something but couldn't afford to pay her, so she would help them out. She would always tell me "God will help them, and God will help us as well." Many times, those friends that she did help, did help Tamara and the family in return. Yet, there were a lot of times where that wasn't the case.

Everything that Tamara has done, she has done it for the betterment of her family. She worked hard, struggled but kept working to provide food on the table, shelter to live under, pay the bills and everything that goes with being a hard-working religious woman, a wife and a mother to two beautiful daughters who adore their mother and who means the world to not only them, but to all of us as well. She is a great wife to her husband, a great sister/second mom to me and my brother as well. She is the kind of person who always wants to help others and give the shirt from his back to make sure that somebody else is warm and taken care of. When I was 20yrs old, I was diagnosed with testicular cancer. I had to go through multiple surgeries as well as multiple episodes of chemotherapy. It was a long and at times very depressing/stressful recovery. Not only to myself but my family and friends who were there for me to help me in my rehabilitation and recovery. My parents, my siblings as well as my

other friends and relatives were there throughout the journey. Each person had their own way of supporting/helping me and my family to get through the hardship that was caused by cancer. I remember the day when I was in the hospital after I had my first surgery through my stomach to remove the cancerous cells. I had catheters all over my nose, mouth, stomach as well as IV drips, needs and dissolvable stitches all over. My mother and Tamara were the only ones who would take turns and sleep over and stay in the room even though the doctors and nurses would recommend that they go home, and everything was OK. They stayed and wanted to make sure that everything was ok with their own eyes. When I started chemotherapy, my entire family would bring me food and check in on me daily. Even though I was getting sicker because of the chemo and my body was changing, they would always make me feel loved, happy and not depressed and going through the stages of depression. The true love that a family has for their loved ones when times are the hardest, is what truly counts. Moments like that have stayed with me to this day. When you don't know if you're going to die or you're going to be survived, the fact that you are not in it solo and you look at the familiar face of your mom/sister, it makes you realize that you have to fight, not only for yourself, but for your loved ones as well. I am currently in remission coming up on 20yrs from my initial surgery. I am thankful to be alive to see how my family has grown and who they have become. Tamara has been a great godmother to my son Samvel. Always putting a smile on my son's face every time, they see each other. She does the same to all her nieces and nephews. My wife and I are expecting our second child in May 2022, and we would love for Tamara and Artur to be a part of that moment and experience it with us in person.

Tamara and Artur allowed me to move in with them when Angelina and Natalie were born. I would help Tamara and Artur by taking my nieces to school and home whenever they couldn't take the girls themselves. I would do the Costco runs to make sure that they had time to spend with the kids, time for their own businesses and everything else. I might have been the younger brother, but I was always Tamara's third child. I'm her baby boy. She has provided me and many others with love, memories, laughter, happiness and other emotions that can never be duplicated or replaced. You can't kill memories. Angelina and Natalie would love their Sunday trips to Disneyland when they were younger. Tamara would always make sure that Sundays was her time with her girls. They would go to church and at times they would then go to Disneyland. I don't know who loved those moments more, Tamara or the girls? But my sister would do things just to make the girls smile, laugh, and have a bonding time that you just can't do or replace once the kids get older. Those moments will last a lifetime. My nieces mean the world to both Tamara and Artur.

This case and the allegations have really taken a devastating toll on everybody in the family as you might have expected and understand. This has caused personal and professional damage not only to Tamara, but to Artur, her daughters/my nieces, Angelina Ayvazyan and Natalie Ayvazyan as well as the entire family. They have kept their emotions internally without really verbalizing how they feel, just so their daughters and the rest of the family would be at ease. The girls have gone through numerous amounts of emotional/psychological issues since all of this began. To this day, Angelina and Natalie have been traumatized ever since their house was broken into, smoke bombed, guns drawn on and lights flashed into their faces when the house was raided by the FBI in the early morning of Thursday November 5, 2020. The sight of seeing their parents being arrested and roughed up by those who raided the house, has left a scar that is hard to heal. The girls still have nightmares, anxiety attacks, PTSD and have become more of an introvert than their normal happy/funny/outgoing personalities prior to the raid. My guess is that they have had and continue to have depression and other psychological issues because of what happened on that raid. I say this because I am their uncle and I have talked to them both individually in the past and this is what I took away from our conversations. Angelina has a rare blood disorder, and she has lab tests showing irregularities and we are waiting for the lab test results. Angelina keeps telling me that she is about to get her driver's permit and cannot wait to be able to learn how to drive with her father. She cannot wait to drive herself and her sister to school, to the mall, to the beach, to work and everywhere in between just so Artur and Tamara do not have to worry about one more thing that they have to do. She is desperately seeking this once in a lifetime dream to become a reality.

The family has gone through a lot of financial hardship even before the raid. Covid-19 has hit most mom-and-pop businesses hard in the last 21+ months. From the cost of legal representation to prove his innocence to, the media's negative/ill-informed/biased coverage and purposely mixing Tamara's and Artur's name has been painful and an obvious attempt of character assassination. It has cost Tamara her career. They cannot find a full-

time job, and nobody is willing to hire a full-time employer who wants to work, because of this sentencing. They always wanted to work to provide for their family. Tamara has had major back problems for the past decade. She has had pinched nerves, sciatica issues. She has had multiple back surgeries, went to many chiropractors just to fix the issue. Yet it keeps on lingering because of her weak immune system and stress. She has had a lot more stress and her body is breaking down with her constant back pain. We have and will continue to provide as much care/support as possible, but we too are under financial hardship because of Covid-19. We are a close-knit family. My elderly parents are not in good health, and they have been emotionally and physically drained of all their energy. My mother still has nightmares/PTSD ever since the raid. She is stressed out because she does not know how to help and feels helpless.

Tamara is a great person of character who is a hard-working mother, wife, daughter, sister, a great contributor of society. To incarcerate a woman like this would be greatly unjustified and not look good for the courts. She has a heart of gold and is an honorable individual who will do better to society than anybody that I personally know. Please do not take those opportunities away from her. Have it in your heart to see that he has been rehabilitated and humbled by everything that has taken place.

Please feel free to contact me at any time if you have any questions or would like to know any more details that would help you reach a decision in helping Tamara.

Sincerely,

Arsen Dadyan

Cell:818-355-8280

**EXHIBIT "P"**

ROBERT AYVAZYAN

From Robert Ayvazyan

Dear Judge Wilson,

My name is Robert Ayvazyan, and this letter is in regards to Tamara Dadyan. Tamar, as I call her for short, is my aunt. She is married to my uncle, Arthur Ayvazyan.  Tamar is one of the most hard working people I have ever seen. She is also very caring and loving. She always goes out of her way for my siblings and I, for the slightest of things. For example, this one time at McDonalds they forgot to put bacon on my MC Rib sandwich, and she didn't get lazy driving back when we were almost home because she knew how much I liked it that way. She is also very  smart and funny. We always play family games and she wins most of them. She's also very fun to be around because she jokes around a lot and makes sure we have a good time. She always puts her family ahead of herself, and she always shows her love to us. She is always the first one that calls on Christmas day and brings us meaningful gifts, gifts that we remember. She also loves dogs, she has 4 dogs and loves them all. She takes care of the dogs like it's her kid. She always cares about school and homework assignments too.  Every time I see her, she asks about my homework and likes to be updated with my academics.

I know Tamar to be a good person. She is always helping her family and everyone around her. She is a selfless person. I never see her do anything for herself, like go out with her friends, go to a spa when she really needs it or even exercise. She is always working and taking care of everyone around her. We like having Tamar around us because she keeps our spirits high with her positive attitude and always makes us laugh or smile. I hope Judge that you are lenient on her so that she can be around us because we need her with us now more than ever.

Sincerely,
Robert Ayvazyan