UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.   2:20-cr-00579-SVW                                             Date: December 6, 2021

Present: The Honorable:   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Anne Kielwasser | Christopher Fenton<br>Scott Paetty<br>Catherine Ahn<br>Brian Faerstein<br>Daniel Boyle |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| Defendant | Custody Bond | Counsel for Defendant | Retd DFPD Panel | Interpreter |
|---|---|---|---|---|
| Tamara Dadyan | [ ]  [X] | Jerry Kaplan | [X] [ ] [ ] | N/A |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT**   [ ] Contested   [X] Non-Evidentiary
Day \_\_\_\_ (if continued from a prior hearing date)

[ ]  Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X**   Refer to separate Judgment Order.
[ ]  Imprisonment for \_\_\_\_ years/months on each of count(s) _____
     Count(s) _____ concurrent/consecutive to count(s) _____
[ ]  Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
[ ]  Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
[ ]  Confined in jail-type institution for _____ to be served on consecutive days/weekends
     commencing
[ ]  \_\_\_\_ years/months Supervised Release/Probation imposed on count(s) _____
     consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and
     conditions, under the direction of the Probation Office:
   [ ] Perform \_\_\_\_ hours of community service.   [ ] Pay \_\_\_\_ fine amounts & times determined by P/O.
   [ ] Serve \_\_\_\_ in a CCC/CTC.                  [ ] Make $\_\_\_\_ restitution in amounts & times determined by PO.
   [ ] Participate in a program for treatment of narcotic/alcohol addiction.
   [ ] Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
       rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to
       the nearest P/O within 72 hours.
   [ ] Other conditions:
[ ]  Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the
     defendant does not have the ability to pay.
[ ]  Pay $_____ per count, special assessment to the United States for a total of $ _____
[ ]  Imprisonment for \_\_\_\_ months/years and for a study pursuant to 18 USC _____
     with results to be furnished to the Court within \_\_\_\_ days/months whereupon the sentences shall be subject to modification. This
     matter is set for further hearing on _____
[ ]  Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
[ ]  Defendant informed of right to appeal.
[ ]  ORDER sentencing transcript for Sentencing Commission.   [ ] Processed statement of reasons
[ ]  Bond Exonerated   [ ] upon surrender   [ ] upon service of _____
[ ]  Execution of sentence is stayed until 12 noon, _____
     at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
     U.S. Marshal.
[ ]  Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
     Issued Remand/Release # _____
[ ]  Present bond to continue as bond on appeal.   [ ] Appeal bond set at $ _____
[ ]  Filed and distributed judgment. ENTERED.
[ ]  Other _____

cc:                                                                                                1 : 21
                                                            **Initials of Deputy Clerk**   PMC

CR-90 (05/15)                          Criminal Minutes – General                          Page 1 of 1