# Children's Hospital Los Angeles

Children's Center for Cancer and Blood Diseases
4650 Sunset Blvd. MS 54
Los Angeles, CA 90027
Phone: 323.361.4624

Thank you for allowing us to assist you with your health care needs.
The following includes information regarding your visit.
For questions related to this visit, please contact the clinic at the number above.

Name: AYVAZYAN, ANGELINA
DOB: 9/11/2006

Visit With: Denton (Attending) MD, Christopher Clement
Visit Date: 12/2/2021

## Most Recent Information

Weight: 105.1 kg / 231.7 lb (99 percentile)
Height: 157.8 cm / 62.1 in (26 percentile)
BMI: 42.21 kg/m$^2$ (99 percentile)
Blood Pressure: 127/72
Heart Rate: 107
Pulse Oximetry:
Temperature: 37.0 °C / 98.6 °F

## Reason for Visit
new patient

## Allergies
No known allergies

## Medications

## Medications Given During Visit

## Orders

| Description | Requested Date | Comments |
|---|---|---|
| Alpha-Globin Common Mutation Analysis SO 11175 - Quest Diagnosis: RBC microcytosis | Estimated 12/02/2021 Due within 3 Month | |

## Diagnoses

Name: AYVAZYAN, ANGELINA
MRN: 4435749

12/02/2021 11:51:59

| Diagnosis | Date | Comments |
|---|---|---|
| RBC microcytosis | 12/02/21 | |

## Upcoming Appointments

### For Hematology-Oncology appointments,
-Patients with lab tests should arrive 90 minutes prior to the scheduled appointment.
-Patients with an implanted port should apply numbing cream 30 minutes before they arrive at the lab or as instructed in your prior visit.
-If no labs are to be drawn on day of appointment, arrive to the clinic at least 15 minutes prior to scheduled appointment.

Not all future appointments may be displaying in the section below

| Clinic | Location | Provider | Date |
|---|---|---|---|
| Hematology/Oncology | Virtual Visit | Carson NP, Susan | 3/3/2022 9:00 am |

## Summary of Topics Discussed

### Patient Instructions ()

You will get labs done for alpha globin gene mapping, then we will see you in a few months to review results. Please eat a diet with proteins, meats, vegetables, and healthy, complex grains.

follow up with your pediatrician.

It was a pleasure meeting you. We will send a letter to your PMD.

**Current Addendums**

This document may not be a complete record.

Please bring this Discharge Information to all doctors' appointments.

It is important to carry your updated medication information with you at all times.

**Sign up for the MyChildren'sLA Patient Portal today! Our secure portal is a place where patients and families can:**

- Securely communicate with their care team

- View, cancel, reschedule and request appointments
- Request prescription refills/renewals
- View most lab results, immunizations, discharge instructions, clinic visit summaries, and other documentation

**Enroll by downloading ChildrensLA from the Apple or Android App Store, or by navigating to CHLA.org/Connected-Care.** To enroll, you will need your MRN (Medical Record Number) listed above, as well as a valid email address.

## Order Requisition

Children's Hospital of Los Angeles
HEMATOLOGY/ONCOLOGY
(323) 361-4624

### Order Requisition-Laboratory

Patient: AYVAZYAN, ANGELINA
DOB: 09/11/2006

CHLA MRN#: 4435749
Sex: Female

Order MD: Carson (NP), Susan
NPI No: 1386810810

| Procedure | Requested Exam Date | Order Detail | Comments |
|---|---|---|---|
| Alpha-Globin Common Mutations Analysis S | Estimated 12/02/2021 Due within 3 Month | Specimen: Blood Diagnosis: R71.8 RBC microcytosis | |

Entered & electronically signed by Carson (NP), Susan on 12/02/2021 at 11:47

Fax Results To: (323) 361-7128  Attn: HEMATOLOGY/ONCOLOGY

# Person Appointment Itinerary

## Childrens Hospital Los Angeles

4650 Sunset Blvd
Los Angeles, CA 90027
(323)660-2450

AYVAZYAN, ANGELINA
17450 WEDDINGTON ST
ENCINO ,CA  91316

Medical Record Number: 4435749
Gender: Female
DOB: 09/11/2006

| Date | Time | Appointment Type | Resource |
|---|---|---|---|
| 03/03/2022 | 09:00 | HEM TH Follow-Up | Carson NP, Susan |

If you require any scheduling changes, please notify the Scheduling Department at (323)660-2450.
Thank you for choosing **Childrens Hospital** for your healthcare needs.

*** End of Itinerary ***


**Preferred**
IPA of California
*Be a Preferred Provider*

## INFORMATIONAL LETTER TO BENEFICIARY AND/OR PROVIDER/PHYSICIAN

May 22, 2020

F02PRF205K834900
AYVAZYAN, ANGELINA R
17450 WEDDINGTON ST;
ENCINO, CA 91316

PCP: GUIRAGOS MINASSIAN MD (PCP)
PCP PHONE#: (818) 708-8044
PCP FAX #: (818) 708-8049
REQUESTED BY: GUIRAGOS MINASSIAN MD
FAX #: (818) 708-8049

MEMBER ID: BCMC94599011F-01
MEMBER DOB: September 11, 2006
MEMBER PHONE: (818) 644-7103

TRACKING # PK5K8349
BLUE CROSS MEDI-CAL

RE: Requested Treatment                                  OFFICE/OUTPATIENT VISIT NEW

GUIRAGOS MINASSIAN MD has asked PREFERRED IPA to approve:
   OFFICE/OUTPATIENT VISIT NEW

This is NOT a denial of service. This notice is to inform you that the requested service does require an authorization.

The request does not have to be re-submitted for you to receive Nutritional Counseling. It can be arranged by you directly without prior authorization by contacting LA Care Family Resource Center, Nutrition and Exercise Classes at (213) 438-5497.

LA Care Family Resource Center, Nutrition and Exercise Classes – 10807 San Fernando Rd., Pacoima, CA 91331.

If you have any questions, please contact your health plan, BLUE CROSS MEDI-CAL at 1-888-285-7801, for further assistance regarding the requested service(s).

Sincerely,

UM Department
Preferred IPA

cc:   GUIRAGOS MINASSIAN MD
      GUIRAGOS MINASSIAN MD (PCP)
      Member

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain **CONFIDENTIAL PROTECTED HEALTH INFORMATION**, belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity names above. If you are not the intended recipient, you are hereby notified that any disclosure copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at 1-800-874-2091 for return of the original documents to us.



**Preferred IPA of California**
*Be a Preferred Provider*

Post Office Box 4449
Chatsworth, CA 91313

ISSUE DATE: August 26, 2021

MEMBER ID: BCMC94599011F-01
MEMBER DOB: September 11, 2006
MEMBER PHONE: (818) 644-7103
PCP: GUIRAGOS S MINASSIAN
PCP PHONE: (818) 708-8044
REQUESTED BY: GUIRAGOS MINASSIAN MD
AUTH # PL897047
BLUE CROSS MEDI-CAL

AYVAZYAN, ANGELINA R
17450 WEDDINGTON ST;
ENCINO, CA 91316

Dear AYVAZYAN, ANGELINA R:

This is an AUTHORIZATION for the following service:

**99204  OFFICE O/P NEW MOD 45-59 MIN        Number = 1**

and you are referred to:

**CHILDRENS HOSPITAL LOS ANGELES MEDICAL GRP -HEMATOLOGY/ONCOLOGY/ BLOOD & BONE MARROW TRANSPLANTATION
4650 SUNSET BLVD
LOS ANGELES, CA 90027
Ph# (323) 361-4100**

This AUTHORIZATION is based on your being eligible at the time of service and it expires on January 23, 2022.

**Please call CHILDRENS HOSPITAL LOS ANGELES MEDICAL GRP -HEMATOLOGY/ONCOLOGY/ BLOOD & BONE MARROW TRANSPLANTATION immediately to schedule an appointment. Please take any x-rays, laboratory reports, list of medications and this authorization letter with you at the time of your appointment.**

**Please note that for selected diagnostic and specialist consults you do not have to wait for prior authorization and your physician may directly refer you to the service.**

All decisions for authorization approvals are based on review of medical information provided. Materials used by Preferred IPA to authorize care are for individual patients with similar illnesses or conditions. Specific care and treatment may vary depending on individual need and the benefits covered under your insurance contract. All decisions are based on medical necessity and appropriateness of care and reviewers are not incentivized in any manner.

You, your doctor or the public may request criteria used in making this decision by writing to Preferred IPA, Medical Management Department, P.O. Box 4449, Chatsworth, CA 91313.