

**Children's Hospital LOS ANGELES**℠

**CHILDREN'S CENTER FOR CANCER AND BLOOD DISEASES**

*Hematology Section*
*Red Cell Defects Program*
*Sickle Cell Treatment Center*
Tel: (323) 361-5507
Fax: (323) 361-7128

**THOMAS D. COATES, MD**
 Professor of Pediatrics
 Director, Sickle Cell Center
 Section Head for Hematology
**THOMAS C. HOFSTRA, MD**
 Assistant Professor of Pediatrics
 Coordinator, Medical Student and
 Resident Education
**EDWARD GOMPERTS, MD, MB, BCh**
 Emeritus Professor of Clinical Pediatrics
**GUY YOUNG, MD**
 Professor of Pediatrics
 Director, Hemostasis &Thrombosis Center
**JULIE JAFFRAY, MD**
 Assistant Professor of Pediatrics
 Director, Thrombosis Program
**CHRISTOPHER DENTON, MD**
 Assistant Professor of Pediatrics
**SARANYA VELUSWAMY, MD**
 Assistant Professor of Pediatrics
**FRANCISCO BRACHO, MD**
 Professor, Clinical Pediatrics & Medicine

SPECIALTY CONSULTANTS

Cardiology:
 **JOHN C. WOOD, MD, PHD**
 **JON A. DETTERICH, MD**
Pulmonology:
 **ROBERTA KATO, MD**

NURSING TEAM

Nurse Practitioners:
 **SUSAN CARSON, MSN, RN, CPNP**
 **DEBBIE HARRIS, MSN, RN, CPNP**
 **ANNE NORD, MSN, RN, FNP-C**
 **TRISH PETERSON, MSN, RN, CPNP**
Nurse Care Manager:
 **HEATHER VON BIELA, BSN, RN, CPHON**

SOCIAL WORK TEAM

 **BREAON BEARD, LCSW**
 **MICHELLE LAHAT, LCSW**

ADMINISTRATIVE TEAM

Administrative Assistant:
 **LYNDA LEMUS**
Project Coordinators:
 **KELLY RUSSELL, MA**
 **NATHAN SMITH, BA**

December 16, 2021

To Whom It May Concern:

I am writing this letter on behalf of Angelina Ayvazyan, a patient recently seen in the outpatient Hematology Department at Children's Hospital Los Angeles.

Angelina is a 15-year-old who was referred to our department by her primary care physician on August 26, 2021 for abnormal blood test results (drawn July 29, 2021) concerning an underlying hematological condition.

She had a second set of labs drawn at our request on November 9, 2021 and her appointment following the initial referral took place on December 2, 2021 where these lab results were discussed with Sue Carson, Nurse Practitioner. The patient reported feeling like she had mild seizures, when she was seen at the time.

Per Sue Carson, her blood tests were consistent with idiopathic generalized epilepies with an alpha thalassemia trait. There will be a planned treatment after further labs are drawn to determine the course of action.

When this additional testing is obtained, within 2-4 months she will have a telehealth appointment with our department once more to discuss the results and finalize the course of treatment. Follow up after that time will be with her primary physician or with any referrals we or they determine to make going forward.

For your records, Angelina's health care provider at CHLA is:

Sue Carson, NP

If you have any questions regarding this important recommendation, please contact us at 323-361-5507.

Sincerely,

_____ (signature)

 Susan Carson, MSN, CPNP   (print name)

 Nurse Practitioner III_____   (title)
Thalassemia & Chronic Transfusion Program
Assistant Clinical Professor, School of Nursing