UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 21-50297 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:20-cr-00579-SVW-4 |
| v. | Central District of California, Los Angeles |
| TAMARA DADYAN, | |
| Defendant-Appellant. | ORDER |

Before: CHRISTEN and NGUYEN, Circuit Judges.

Appellant's motion for bail pending appeal (Docket Entry No. 4) is denied. Appellant has not shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable." *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

Appellee's unopposed motion to file exhibits under seal (Docket Entry No. 9) is granted. The Clerk will publicly file Docket Entry No. 9-1 and maintain Docket Entry No. 9-2 under seal.

The briefing schedule established previously remains in effect.

KWH/MOATT